JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant
PEDRO LLAMAS-CARRILLO

*E-FILED - 3/12/10*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>PEDRO LLAMAS-CARRILLO,<br><br>    Defendant. | CASE NO. CR-09-00339 RMW<br><br>STIPULATION TO CONTINUE STATUS HEARING AND [] ORDER THEREON |

It is hereby stipulated by and between counsel for the UNITED STATES, STEVEN SEITZ, Esq., and counsel for Defendant, PEDRO LLAMAS-CARRILLO, JERRY Y. FONG, Esq., that the status hearing set for March 15, 2010, at 9:00 am, be continued until April 12, 2010, at 9:00 am.

This continuance is necessary because the forensic psychiatrist has not yet had opportunity to meet with the Defendant to examine him in order to determine his competency to stand trial.

The parties further stipulate that the Court may exclude the period of time from March 15, 2010 through and including April 15, 2010 from the computation of the period of time within which the trial must commence , due to the reasons set forth above.

///
///

1     IT IS SO STIPULATED.

3     DATED: March 10, 2010    CAREY & CAREY

5                                                 /s/
6                                        JERRY Y. FONG, Attorneys for
                                       Defendant PEDRO LLAMAS-CARRILLO

9     DATE: ____3/10___, 2010    UNITED STATES OF AMERICA

11                                            /s/
12                                        STEVEN SEITZ, Assistant U.S. Attorney

14 <u>ORDER</u>

15     GOOD CAUSE APPEARING THEREFORE, and based upon the stipulation
16 of the parties, it is hereby ordered that the status hearing date of March 15 be
17 continued to April 12, 2010 at 9:00 am.
18     The Court further orders that time be excluded under the Speedy Trial Act
19 from March 15, 2010 until April 12, 2010. The Court finds, based on the
20 aforementioned reasons, that the ends of justice served by granting the
21 requested continuance outweigh the interest of the public and the Defendant
22 in a speedy trial.
23     IT IS SO ORDERED.

25 DATED: __3/12_____, 2010    *Ronald M. Whyte*
26                                        HON. RONALD M. WHYTE
                                       U.S. DISTRICT COURT JUDGE