United States District Court
For the Northern District of California

**E-FILED on** 4/28/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA---SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PEDRO LLAMAS-CARRILLO,<br>Defendant. | No. CR-09-00339 RMW<br><br>ORDER TENTATIVELY COMMITTING DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL PURSUANT TO 18 U.S.C. § 4241(d) |

This case last came before the court on April 12, 2010 for status. At issue are defendant's competence to stand trial and defendant's right to represent himself. Currently, the court has denied defendant's request to represent himself based upon doubts concerning both his mental competence to stand trial and his competence to represent himself. Defendant has persistently refused to cooperate with his counsel, doctors appointed to evaluate his mental health and the court. He may have purposely decided to not cooperate and engaged in obstreperous conduct as a tactic not linked to any mental disorder impairing his ability to stand trial or represent himself. However, his extremely agitated state, persistent and nonsensical refusals to cooperate, and extraordinary hostility, all of which are not in his best interest, may reflect an underlying mental disorder such as an underlying paranoid psychotic thought process. The possibility of such a mental disorder was mentioned by forensic psychologists Tiffany K. Brown, Psy.D. and Ralph Ihle, Ph.D. from the

United States District Court
For the Northern District of California

Metropolitan Detention Center who attempted to evaluate defendant pursuant to the court's request. Although as a result of defendant's lack of cooperation, Dr. Brown and Dr. Ihle could not come to a conclusion as to defendant's mental health, they recommended that defendant be committed to a federal medical center for evaluation and treatment for restoration to competency pursuant to 18 U.S.C. § 4241(d).

The court is tentatively satisfied based upon the bizarre and obstinate behavior that it has observed and the reports from the doctors who have attempted to examine defendant, that it is more likely than not that the defendant is presently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. However, before the court makes a final decision to commit the defendant to the custody of the Attorney General pursuant to section 4241(d), the court will afford defendant an opportunity for a hearing pursuant to 18 U.S.C. § 4247 to contest commitment and at which he can testify, present evidence, subpoena witnesses and confront and cross-examine any witnesses.

Defendant's current counsel, Jerry Fong, will continue as defendant's appointed counsel at least pending the determination of defendant's mental status. The court understands that defense counsel may choose not to contest, or may not be able to contest, commitment pursuant to section 4241(d). However, counsel must advise defendant of the contents of this order, including having a court certified interpreter read it to him in Spanish. The hearing pursuant to section 4247 will be held on May 10, 2010 at the end of the court's law and motion calendar which commences at 9:00 a.m. Counsel may check with the clerk of the court on May 7, 2010 to find out a more precise time at which the case will be called. If the government intends to offer any evidence not already of record, it should file and serve a list of such exhibits or witnesses by May 4, 2010. Defense counsel is requested to advise the government and the court by May 6, 2010 as to whether defendant will be offering any evidence at the hearing. If defense counsel intends to offer any evidence, he should file and serve a list of any exhibits or witnesses by May 6, 2010.

DATED: 4/28/10

Ronald M. Whyte

RONALD M. WHYTE
United States District Judge

ORDER TENTATIVELY COMMITTING DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL PURSUANT TO 18 U.S.C. § 4241(d)—No. CR-09-00339 RMW
2

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

Jerry Y. Fong                     jf@careyandcareylaw.com

**Counsel for United States:**

David Paxton                     David.Paxton@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    4/28/10                                                        CCL

                                                         **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER TENTATIVELY COMMITTING DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL PURSUANT TO 18 U.S.C. § 4241(d)—No. CR-09-00339 RMW

3