1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO LLAMAS-CARRILLO,<br><br>Defendants. | ***E-FILED - 5/10/11***<br><br>CASE NO.: CR-09-00339-RMW<br><br>**CLERK'S NOTICE OF SETTING SETTLEMENT CONFERENCE** |

PLEASE TAKE NOTICE that a Settlement Conference in the above-entitled matter has been scheduled for **May 11, 2011 @ 10:00 a.m.**, before the Honorable Edward J. Davila. Parties are to appear in courtroom #1, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: May 10, 2011

                                                                                      _/s/ Jackie Garcia_
                                                                                      JACKIE GARCIA
                                                                                      Courtroom Deputy for
                                                                                      Honorable Ronald M. Whyte

1
2   Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28