| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
|   | United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630) |
|   | Chief, Criminal Division |
| 4 | SUZANNE M. DeBERRY (CABN 259455) |
|   | Special Assistant United States Attorney |
| 5 |    150 South Almaden Boulevard, Suite 900 |
|   |    San Jose, California 95113 |
| 6 |    Telephone: (408) 535-5588 |
|   |    Facsimile: (408) 535-5066 |
| 7 |    suzanne.deberry2@usdoj.gov |

*E-FILED - 5/19/11*

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 09-00339 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER CONTINUING HEARING FROM |
| v. ) | MAY 19, 2011 TO JUNE 27, 2011 AND |
| ) | EXCLUDING TIME FROM THE SPEEDY |
| PEDRO LLAMAS-CARRILLO, ) | TRIAL ACT CALCULATION AND |
| ) | REFERRING MATTER FOR A SECOND |
| Defendant. ) | PLEA CONFERENCE BEFORE JUDGE |
| ) | EDWARD J. DAVILA |
| ) | |

The Parties, Pedro Llamas-Carrillo and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the status hearing currently set for May 19, 2011 at 2:00 p.m. be vacated, and that the status hearing be re-set for June 27, 2011 at 9:00 a.m.. The defense is requesting the continuance of the hearing due to the need for additional time for effective preparation, and the need to jointly negotiate a resolution in this matter.

Pursuant to the Court's advisement, the parties are also requesting a second plea conference with Judge Davila to assist in further negotiation of the matter.

The parties stipulate that the time between May 19, 2011 and June 27, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

Case No. CR 09-00339-RMW
STIPULATION RE CONTINUANCE AND
REFERRAL FOR SECOND PLEA CONFERENCE          1

continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: May 17, 2011            MELINDA HAAG
                               United States Attorney


                               ___/s/_____
                               SUZANNE DeBERRY
                               Assistant United States Attorney


                               ___/s/_____
                               JERRY FONG
                               Attorney for Defendant

1                       xxxxxxxxxxxx **ORDER**

2       Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for May 19, 2011 at 2:00pm is vacated, and the matter is continued to June 27, 2011 at 9:00 a.m..

      Further, the Court ORDERS that the time between May 19, 2011 and June 27, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

      Further, the Court ORDERS that in the interim, this case is assigned to the Honorable Judge Edward J. Davila for a second plea conference to be held at a date to be determined according to his availability.

IT IS SO ORDERED.

DATED:  5/19/11

                                            *Ronald M. Whyte*
                                    HON. RONALD M. WHYTE
                                    UNITED STATES DISTRICT JUDGE